UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| PETER MICHELMAN, | : | Case No.: 3:18-cv-00053-VAB |
| | : | |
| Plaintiff, | : | Hon. Victor A. Bolden, U.S.D.J. |
| | : | |
| vs. | : | |
| | : | |
| JAMIESON KARSON, | : | |
| | : | |
| Defendant. | : | September 14, 2018 |
| | : | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), plaintiff Peter Michelman ("Plaintiff") and defendant Jamieson Karson ("Defendant"), through their undersigned counsel, hereby stipulate and agree to the following:

(1) that the above-captioned action, including all claims and causes of action that are, were, or could have been brought or asserted herein by Plaintiff, are voluntarily dismissed with prejudice, and without costs or attorneys' fees, as to Defendant; and

(2) that this Court shall retain jurisdiction over the above-caption action for the sole purpose of enforcing compliance by Plaintiff and Defendant with the terms of the Confidential Settlement and Release Agreement dated September 13, 2018.

PASTORE & DAILEY LLC

By: /s/ Joseph M. Pastore III
Joseph M. Pastore III (ct11431)

4 High Ridge Park, Third Floor
Stamford, CT 06905
Tel.: (203) 658-8455
JPastore@psdlaw.com

*Attorneys for Plaintiff Peter Michelman*

McLAUGHLIN & STERN, LLP

By: /s/ Matthew D. Sobolewski
    Matthew D. Sobolewski (phv05637)
    Nelson E. Canter (ct12111)

260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
msobolewski@mclaughlinstern.com
ncanter@mclaughlinstern.com

*Attorneys for Defendant Jamieson Karson*

2